■ TRAVELERS INSURANCE COMPANY et al., Respondents-Appellants, v ONONDAGA COUNTY SOLID WASTE DISPOSAL AUTHORITY, Appellant-Respondent. (Appeal No. 2.)—Appeals unanimously dismissed without costs (see, Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988; Chase Manhattan Bank v Roberts & Roberts, 63 AD2d 566, 567). (Appeals from Order of Supreme Court, Onondaga County, Mordue, J.—Negligence.) Present—Callahan, J. P., Denman, Pine, Balio and Lawton, JJ.